Fill in this information to identify your case and this filing:

Debtor 1: Patrick James DENNIS
  First Name / Middle Name / Last Name

Debtor 2: --
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number: 9:17-bk-11830-PC

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 999 Suffolk Street
Street address, if available, or other description

Cambria    CA    93428
City       State  ZIP Code

San Luis Obispo
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: APN 022-141-026.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?
$ 375,000.00                            $ 375,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee simple.

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. None.
Street address, if available, or other description

--

City    State   ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?
$ _____                               $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

1.3. Street address, if available, or other description: None.

--

City    State    ZIP Code

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............... → $ 375,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☑ Yes

3.1. Make: Land Rover
Model: LR3
Year: 2006
Approximate mileage: 135000
Other information: My sole personal vehicle that I need to make a living

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ 9,000.00
Current value of the portion you own? $ 9,000.00

If you own or have more than one, describe here:

3.2. Make: Land Rover
Model: Range Rove
Year: 2003
Approximate mileage: 120,000
Other information: AFFPS vehicle apparently still wrongly titled in my name.

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ 6,000.00
Current value of the portion you own? $ 0.00

3.3. Make: Ford
     Model: F-150
     Year: 2007
     Approximate mileage: 120,000
     Other information:
     AFFPS vehicle apparently still wrongly titled in debtor's name.

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 6,000.00
Current value of the portion you own? $ 0.00

3.4. Make: None.
     Model:
     Year:
     Approximate mileage:
     Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $
Current value of the portion you own? $

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

4.1. Make: None.
     Model:
     Year:
     Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $
Current value of the portion you own? $

If you own or have more than one, list here:

4.2. Make: None.
     Model:
     Year:
     Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $
Current value of the portion you own? $

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................→  $ 9,000.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Stove, refrigerator, washer, dryer, miscrowave, desk.
   $ 1,200.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... Computer, television, smartphone.
   $ 1,400.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... Two (2) guitars, four (4) art paintings (personal).
   $ 2,500.00

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.......... Bicycle.
   $ 50.00

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.......... None.
    $ 0.00

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... Everday clothing and shoes.
    $ 800.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.......... Watch.
    $ 200.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.......... Pet dog (half St. Bernard).
    $ 200.00

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☐ No
    ☑ Yes. Give specific information. ............ Art festival tent.
    $ 600.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................................→
    $ 6,950.00

Debtor 1  Patrick James DENNIS                    Case number (if known) 9:17-bk-11830-PC
         First Name  Middle Name  Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes .............................................................................................................................. Cash: ............... $ 500.00

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................                              Institution name:

| | | | |
|---|---|---|---|
| | 17.1. Checking account: | Bank of America. | $ 3,042.00 |
| | 17.2. Checking account: | | $ |
| | 17.3. Savings account: | None. | $ 0.00 |
| | 17.4. Savings account: | | $ |
| | 17.5. Certificates of deposit: | None. | $ 0.00 |
| | 17.6. Other financial account: | None. | $ 0.00 |
| | 17.7. Other financial account: | | $ |
| | 17.8. Other financial account: | | $ |
| | 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................  Institution or issuer name:
                        None. ........................................................................................ $ 0.00
                        ................................................................................................ $
                        ................................................................................................ $

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No            Name of entity:                                                    % of ownership:
☑ Yes. Give specific   Atlanta Foundation For Public Spaces, LLC ("AFFPS").    50    %    $
   information about   I still own 50% after withdrawing as a member in July 2015,    %    $
   them........          but AFFPS refuses to provide K-1 Schedules, et cetera.       %    $

Official Form 106A/B                        Schedule A/B: Property                        page 5

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.........

Issuer name: None. — $ 0.00

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | None. | $ 0.00 |
| Pension plan: | None. | $ 0.00 |
| IRA: | None. | $ 0.00 |
| Retirement account: | None. | $ 0.00 |
| Keogh: | None. | $ 0.00 |
| Additional account: | None. | $ 0.00 |
| Additional account: | | $ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes ..................

| Institution name or individual: | | |
|---|---|---|
| Electric: | None. | $ 0.00 |
| Gas: | None. | $ 0.00 |
| Heating oil: | None. | $ 0.00 |
| Security deposit on rental unit: | Working Artist Studio / Patrick Gallery | $ 1,000.00 |
| Prepaid rent: | None. | $ 0.00 |
| Telephone: | None. | $ 0.00 |
| Water: | None | $ 0.00 |
| Rented furniture: | None. | $ 0.00 |
| Other: | None. | $ 0.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ..................

Issuer name and description:
None — $ 0.00

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes .................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

None. ........................................................................................... $ 0.00
_____ $ _____
_____ $ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them.... | None. | $ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them.... | None. | $ 0.00

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... | None. | $ 0.00

**Money or property owed to you?**                                   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........ | None. | Federal: $ 0.00 | State: $ 0.00 | Local: $ 0.00

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............. | None. | Alimony: $ 0.00 | Maintenance: $ 0.00 | Support: $ 0.00 | Divorce settlement: $ 0.00 | Property settlement: $ 0.00

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information.............. | None. | $ 0.00

Debtor 1  Patrick James DENNIS    Case number (if known) 9:17-bk-11830-PC

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Hartford Insurance | Patrick James Dennis | $ 0.00 |
| Farmers Insurance | Patrick James Dennis | $ 0.00 |
| None. | — | $ 0.00 |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information............. None.    $ 0.00

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. .................... None.    $ 0.00

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☐ No
☑ Yes. Describe each claim. ................... I have an unliquidated setoff / offset claim of about $40,000 in the pending (stayed) Georgia lawsuit against me by Randall D. Fox.    $ 40,000.00

### 35. Any financial assets you did not already list

☐ No
☑ Yes. Give specific information............. See Item 19, i.e., the value of my 50% ownership interest in AFFPS is unknown due to the lack of any financial information.    $

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................................. →    $ 44,042.00

---

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 38. Accounts receivable or commissions you already earned
☐ No
☑ Yes. Describe....... Art commission.    $ 700.00

### 39. Office equipment, furnishings, and supplies
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe....... Laptop, printer, desk, and chairs.    $ 800.00

---

Official Form 106A/B    Schedule A/B: Property    page 8

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ☑ Yes. Describe...... Paintbrushes and canvasses. $ 300.00

**41. Inventory**
- ☐ No
- ☑ Yes. Describe...... Completed-paintings inventory. $ 4,000.00

**42. Interests in partnerships or joint ventures**
- ☑ No
- ☐ Yes. Describe......
  - Name of entity: None. % of ownership: ___% $ 0.00
  - ___% $
  - ___% $

**43. Customer lists, mailing lists, or other compilations**
- ☑ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....... No. $ 0.00

**44. Any business-related property you did not already list**
- ☐ No
- ☑ Yes. Give specific information ......... See Items 19 and 35 above. I maintain that I still own 50% of AFFPS after my withdrawal from the company in July 2015, although AFFPS disputes my contention based upon disputed interpretations of the operating agreement. In any event, the value of my 50% interest is unknown in that AFFPS has failed and refused to provide me with K-1 Schedules or other financial information for the last three (3) years.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here → $ 5,800.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
- ☑ No
- ☐ Yes ..................... None. $ 0.00

Debtor 1   Patrick James DENNIS   Case number (if known) 9:17-bk-11830-PC

### Part 6 (continued)

**48. Crops—either growing or harvested**
☑ No
☐ Yes. Give specific information. None.   $0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes. None.   $0.00

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes. None.   $0.00

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific information. None.   $0.00

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** →   $0.00

### Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☑ Yes. Give specific information. None other than that listed 19, 35, and 44 above, i.e., my 50% ownership interest in AFFPS of presently unknown value due to the lack of financial information from the company despite my repeated demands therefor.

$ ___
$ ___
$ ___

**54. Add the dollar value of all of your entries from Part 7. Write that number here** →   $ ___

### Part 8:   List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2** →   $375,000.00

**56. Part 2: Total vehicles, line 5**   $9,000.00

**57. Part 3: Total personal and household items, line 15**   $6,950.00

**58. Part 4: Total financial assets, line 36**   $44,042.00

**59. Part 5: Total business-related property, line 45**   $5,800.00

**60. Part 6: Total farm- and fishing-related property, line 52**   $0.00

**61. Part 7: Total other property not listed, line 54**   +$ ___

**62. Total personal property.** Add lines 56 through 61.   $65,792.00   Copy personal property total →   +$65,792.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.   $440,792.00