SANDRA K. MCBETH
7343 El Camino Real #185
Atascadero, CA 93422
Telephone: (805) 464-2985
Facsimile: (805) 357-5905

Chapter 7 Trustee

FILED & ENTERED

MAY 16 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re

PATRICK DENNIS,

        Debtor.

Case No. 9:17-BK-11830-PC
Chapter 7

**ORDER ON MOTION AUTHORIZNIG TRUSTEE TO COMPROMISE CONTROVERSY**

NO HEARING REQUIRED
FRBP 9019/LOCAL RULE 9013-1(O)

    The court has reviewed the "Motion Authorizing Trustee to Compromise Controversy with Randall Fox and Atlanta Foundation for Public Spaces, LLC" (the "Motion," Docket No. 80) filed by chapter 7 trustee Sandra K. McBeth (the "Trustee"). The Motion was served and filed pursuant to Local Rule 9013-1(o). The declaration indicating no opposition had been received has been submitted, no opposition has been filed, due notice having been given, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Trustee's Motion is approved pursuant to the terms stated in the original Motion; and

/ / /

IT IS FURTHER ORDERED that the Trustee is authorized to execute all documents necessary to complete the compromise.

### 

Date: May 16, 2018

Deborah J. Saltzman
United States Bankruptcy Judge