1  Sandra K. McBeth (SBN 138697)
   A Professional Law Corporation
2  7343 El Camino Real, #185
   Atascadero, CA 93422
3  (805) 464.2959
   (805) 357.5905 (fax)
4  smcbeth@mcbethlegal.com

5  Chapter 7 Trustee

6

7                  UNITED STATES BANKRUPTCY COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                          NORTHERN DIVISION

10

11  In re:                                  )  Case No.: 9:17-BK-11830-DS
                                            )  Chapter 7
12                                          )
                                            )  **TRUSTEE'S REPORT OF SALE**
13  PATRICK JAMES DENNIS,                   )
                                            )  **[999 Suffolk St., Cambria, CA]**
14                                          )
                                            )
15                      Debtor.             )
                                            )
16  _____)

17

18        Pursuant to Fed. R. Bankr. P. 6004(f)(1), Sandra McBeth, Trustee in the above-

19  captioned case reports to the Court that after due notice to creditors and interested parties, a

20  public hearing was held at the above-entitled Court for the sale of the estate's interest in the

21  real property located at 999 Suffolk St., Cambria, CA on June 19, 2018, the Honorable

22  Deborah J. Saltzman, presiding.

23        The Court inquired of any potential bidders who wished to bid higher than the buyer

24  Susan R. Klein, and no one was present to overbid.

25

26        The sale was approved to Susan R. Klein for the purchase price of $425,000.00, per

27  Order entered June 20, 2018. Escrow closed on this sale on June 29, 2018, and the estate has

28

                                           1

received the net proceeds of $58,009.10 as set forth in the Seller's Final Settlement Statement is attached hereto as Exhibit "A" and incorporated herein by reference.

Dated: July 5, 2018

Sandra K. McBeth, Chapter 7 Trustee

**EXHIBIT "A"**



## First American Title Company

899 Pacific Street • San Luis Obispo, CA 93401

Office Phone:(805)543-8900 Office Fax:

## Seller's Final Settlement Statement

| | | |
|---|---|---|
| **Property:** | 999 Suffolk Street, Cambria, CA 93428 | **File No:** 4009-5697609 |
| | | **Officer:** Yolanda Whisenand/YW |
| | | **Settlement Date:** 06/29/2018 |
| | | **Disbursement Date:** 06/29/2018 |
| | | **Print Date:** 06/29/2018, 10:28 AM |
| **Buyer:** | Susan R. Klein | |
| **Address:** | 5208 Davis Street, Union City, CA 94587 | |
| **Seller:** | Sandra K. McBeth, Chapter 7 Trustee | |
| **Address:** | 7305 Morro Road #206, Atascadero, CA 93422 | |

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 425,000.00 |
| | | |
| **Prorations:** | | |
| County Tax  06/29/18 to 07/01/18  @$2,008.32/yr | | 11.16 |
| | | |
| **Commission:** | | |
| Commission Paid at Settlement  to Jack Posemsky Real Estate | 12,750.00 | |
| Commission Paid at Settlement  to Better Homes & Gardens Real Estate Haven Properties | 12,750.00 | |
| | | |
| **Payoff Loan(s):** | | |
| Lender: Ditech.com | | |
| Principal Balance  - Ditech.com | 258,660.99 | |
| Recording Fee  - Ditech.com | 192.00 | |
| Interest through 7/6/2018  - Ditech.com | 2,898.86 | |
| Escrow - Ditech.com | 2,374.07 | |
| Payments held in suspense - Ditech.com | | 14.36 |
| | | |
| **Title/Escrow Charges to:** | | |
| Escrow Fee - One Half  to First American Title Company | 625.00 | |
| Notary Fee S First American Title  to First American Title Company | 15.00 | |
| ALTA Owners Policy Standard  to First American Title Company | 1,283.00 | |
| County Documentary Transfer Tax  to First American Title Company | 467.50 | |
| | | |
| **Disbursements Paid:** | | |
| Homestead Exemption  to Patrick James Dennis | 75,000.00 | |
| | | |
| **Cash (X To) ( From) Seller** | 58,009.10 | |
| | | |
| **Totals** | 425,025.52 | 425,025.52 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
7343 El Camino Real #185, Atascadero CA 93422

A true and correct copy of the foregoing document described **TRUSTEE'S REPORT OF SALE** will be served or
was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 26,
2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)                                        ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 26, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 5, 2018 | Sandra K. McBeth | /s/ Sandra K. McBeth |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.